# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE | ) |
| ROBIN POE<br>DENISE POE, | )<br>) |
| Debtors, | )<br>) |
| COMMONWEALTH LAND TITLE<br>INSURANCE COMPANY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 04-0357-CB-L<br>) |
| ROBIN POE and<br>DENISE POE, | )<br>) |
| Defendants. | ) |

## **ORDER**

By separate order entered this date, the Court has resolved this bankruptcy appeal. Also pending are two motions related to the appeal. The first is the appellee's motion to strike certain exhibits filed by the appellant. (Doc. 4.) Because it was not necessary to consider those exhibits in deciding the appeal,[1] the Court finds the motion to strike to be **moot**. The appellee's have also filed a "Notice of Clarification" which was incorrectly docketed as a "Motion for Clarification." (Doc. 8.) The purpose of the notice is to clarify certain facts set forth in the appellee's brief. Because the notice

---

[1] The exhibits were intended to support the appellants' argument that estoppel does not apply. For other reasons, this Court found in favor of the appellants on the estoppel issue.

was not intended as a motion and requires no judicial action, the Clerk of Court is directed to correct the docket entry to reflect that the pleading is a notice rather than a motion.

**DONE** and **ORDERED** this the 16th day of May, 2005

                                                           *s/Charles R. Butler, Jr.*
                                                         **Senior United States District Judge**